IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00105-CR

 

The State of Texas,

                                                                      Appellant

 v.

 

matthew aaron juntunen,

                                                                      Appellee

 

 

 



From the County Court at Law

McLennan County, Texas

Trial Court No. 2004-3925-CR1

 



DISSENTING Opinion










 

          For the reasons stated in my
dissenting opinion in State v. Stanley, No. 10-05-00101-CR (Tex.
App.—Waco July 27, 2005, no pet. h.), I dissent.

 

                                                          TOM
GRAY

                                                          Chief
Justice 

 

Dissenting
opinion delivered and filed July 27, 2005






amirez by letter dated April 15, 2010 the appeal would be dismissed without further notice unless, within 21 days of the date of the
letter, a docketing statement was filed and notification of Ramirez’s actions
regarding the clerk’s fee was provided to the Court.  More than 21 days have
passed, and we have not received a docketing statement or notification of
Ramirez’s actions.

            Accordingly, this appeal is
dismissed.  Tex. R. App. P.
42.3(b) & (c); 44.3.

 

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Reyna, and

            Justice
Davis

Appeal
dismissed

Opinion
delivered and filed May 19, 2010

[CV06]